[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
SEPTEMBER 9, 2009
THOMAS K. KAHN
CLERK

No. 09-11672
Non-Argument Calendar

_____

D. C. Docket No. 98-00085-CR-002-HL-5

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

KENNY HAMMOCK,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Georgia

_____

(September 9, 2009)

Before TJOFLAT, EDMONDSON and HILL, Circuit Judges.

PER CURIAM:

D. Nicole Williams, appointed counsel for Kenny Hammock in this direct criminal appeal, has moved to withdraw from further representation and filed a brief pursuant to Anders v. California, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record confirms that there are no issues of arguable merit on appeal. Therefore, counsel's motion to withdraw is **GRANTED**, and the denial of Hammock's 18 U.S.C. § 3582(c)(2) motion is **AFFIRMED**.